| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | W. DOUGLAS SPRAGUE (CASBN 202121)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CASBN 230237)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6488<br>Facsimile: (415) 436-7234 |
| 8 | E-mail: Derek.Owens@usdoj.gov |
| 9 | Attorneys for Plaintiff |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAMOS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR No.: 3-07-70237<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

On June 20, 2007, the parties in this case appeared before the Court for an initial appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from June 20, 2007 to July 10, 2007. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from June 20, 2007, to and including July 10, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable

Stipulation and [Proposed] Order

1  under Title 18, United States Code, Section 3161. The parties represented that granting the
2  continuance was the reasonable time necessary for continuity of defense counsel and effective
3  preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.
4  § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
5  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
6  18 U.S.C. § 3161(h)(8)(A).
7  SO STIPULATED:

                                            SCOTT N. SCHOOLS
                                            United States Attorney

        DATED: July 2, 2007                 /s/ Derek R. Owens
                                            _____
                                            DEREK OWENS
                                            Assistant United States Attorney


        DATED:  July 9, 2007                /s/ Tanya Levinson
                                            _____
                                            TANYA LEVINSON
                                            Attorney for Mr. Ramos

    For the reasons stated above, the Court finds that an exclusion of time from June 20, 2007, to
and including July 10, 2007, is warranted and that the ends of justice served by the continuance
outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161
(h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Ramos
continuity of counsel and would deny defense counsel the reasonable time necessary for effective
preparation, taking into account the exercise of due diligence, and would result in a miscarriage
of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.
DATED: 10 July 07                           _____
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge

Stipulation and [Proposed] Order